UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA
        Petitioner
   v.                                     **Judgment in a Civil Case**
DONOVAN YAZZIE
        Respondent                Case Number: 5:10-HC-2142-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

This Judgment Filed and Entered on September 13, 2010, with service on:
David T. Huband, (via CM/ECF Notice of Electronic Filing)
Jane E. Pearce, (via CM/ECF Notice of Electronic Filing)
Record Center, FMC-Butner P.O. Box 1600, Butner, NC 27509 0(via U.S. Mail)

September 13, 2010                        /s/ Dennis P. Iavarone
                                                  Clerk